Motion by New York Farm Bureau for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents. DRYDEN RESOURCES AWARE-NESS COALITION, Proposed Intervenor.

Submitted June 24, 2013; decided August 29, 2013

Motion by the Washington Legal Foundation for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents. DRYDEN RESOURCES AWARE-NESS COALITION, Proposed Intervenor.

Submitted June 24, 2013; decided August 29, 2013

Motion by the Associated General Contractors of New York State, LLC, et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents. DRYDEN RESOURCES AWARE-NESS COALITION, Proposed Intervenor.

Submitted July 1, 2013; decided August 29, 2013

Motion by the American Petroleum Institute et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of STATE OF NEW YORK, Respondent, v DANIEL OO., Appellant.

Decided August 29, 2013